IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAMELA DOWNEY,

       Plaintiff,

vs.                                            1:06-CV-179-SPM/AK

R. JAMES NICHOLSON, SECRETARY,
UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS,

       Defendant.
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** comes before the Court upon the "Joint Motion to Continue Trial" (doc. 20), in which the parties request that certain deadlines be extended in order to allow opportunity to continue settlement negotiations.

Finding the request reasonable, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The motion for extension of deadline (doc. 20) is hereby *granted*.

2.     A joint mediation report shall be filed on or before ***Monday, August 4, 2008***.

3.     Pretrial stipulation required in the "Order Setting Pre-trial Conference" (doc. 12) shall be filed on or before ***Monday, August 11, 2008***.

      4.      The pre-trial conference date will be set by separate order.

      5.      Trial is reset for **_Monday, September 2, 2008_** at **_8:30 am_** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>thirteenth</u> day of May, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge