IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAMELA DOWNEY,

    Plaintiff,

vs.                                                        1:06-CV-179-SPM/AK

R. JAMES NICHOLSON, SECRETARY,
UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS,

    Defendant.
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** comes before the Court upon the "Joint Motion to Continue Trial" (doc. 32), in which the parties request that the trial be continued in order to allow opportunity to finalize a global settlement.

Finding the request reasonable, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The Joint Motion to Continue Trial (doc. 32) is hereby ***granted***.

2.     The pre-trial conference date will be set by separate order.

3.     Trial is reset for ***Monday, December 1, 2008*** at ***8:30 am*** at the United States Courthouse in Gainesville, Florida.

4.     Similarly, the "Joint Motion for an Extension of Time to File Pretrial Stipulation and Other Pretrial Documents" is ***denied as moot***. New

deadlines for pretrial documents will be set in a separate order.

**DONE AND ORDERED** this twenty-fifth day of August, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge