IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAMELA DOWNEY,

    Plaintiff,

vs.                                                        1:06-CV-179-SPM/AK

R. JAMES NICHOLSON, SECRETARY,
UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS,

    Defendant.
_____/

## ORDER CONTINUING TRIAL

THIS CAUSE comes before the Court upon the "Joint Motion to Continue Pretrial Conference and Trial" (doc. 42), in which the parties request that the trial be continued in order to allow opportunity for the parties to try to finalize a global settlement and the Plaintiff's "Motion for Extension of Time" (doc. 41) to submit the pretrial stipulation.

Finding both of the requests reasonable, it is hereby

ORDERED AND ADJUDGED as follows:

1.    The Joint Motion to Continue Trial (doc. 42) is hereby ***granted***.

2.    Plaintiff's Motion for Extension of Time (doc. 41) is hereby ***granted***.

3.    All dispositive motions shall be filed on or before ***December 20, 2008***.

4. The pretrial stipulation required in the "Order Setting Pre-trial Conference" (doc. 12) shall be filed on or before ***January 21, 2009***.

5. The pre-trial conference is rescheduled for ***Monday, February 2, 2009 at 1:30 pm***.

6. Trial is reset for ***Monday, March 2, 2009*** at ***8:30 am*** at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this <u>seventh</u> day of November, 2008.


    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge