**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

PAMELA DOWNEY,

            Plaintiff,

                                     Case No. 1:06-cv-179-SPM/GRJ

vs.

R. JAMES NICHOLSON,

            Defendant.

_____/

<u>**ORDER**</u>

This cause comes before the Court on Plaintiffs' Motion for Reconsideration Under Rule 59(e) and/or Rule 60(b) (doc. 163) and Defendant's response in opposition (doc. 164).  Upon review, the Court finds no reason to change its ruling.  Accordingly, it is

ORDERED AND ADJUDGED: Plaintiffs' motion for reconsideration (doc. 163) is **denied**.

DONE AND ORDERED this 11th day of May, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge